◼ In the Matter of the Claim of MARK A. BOIK, Respondent. GANNETT SATELLITE INFORMATION NETWORK, INC., Doing Business as STAR-GAZETTE, Appellant; COMMISSIONER OF LABOR, Respondent. [21 NYS3d 642]—Appeals from two decisions of the

Unemployment Insurance Appeal Board, filed August 13, 2014, which ruled, among other things, that Gannett Satellite Information Network, Inc. is liable for additional unemployment insurance contributions based on remuneration paid to claimant and others similarly situated.

Decisions affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Ordered that the decisions are affirmed, without costs.